# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | | |
|---|---|---|
| BEN ASAYAG, on behalf of himself and all others similarly situated, | * * * * | |
| Plaintiffs, | * * | CIVIL ACTION FILE NO. 1:16-CV-62186-UU |
| vs | * * | |
| OPTIMUM OUTCOMES, INC., | * * | |
| Defendant, | * | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the parties, by and through their undersigned counsel of record, and pursuant to Fed. R. Civ. P. 41(A)(1)(a)(ii), hereby stipulate to the dismissal of this action with prejudice.

This 7th day of December, 2016.

/s/ Harlan S. Miller
Harlan S. Miller
Georgia Bar No. 506709
Miller Legal, P.C.
3646 Vineville Avenue.
Macon, Ga., 31204
hmiller@millerlegalpc.com
Counsel for Plaintiff

/s/ Matthew R. Rosenkoff
Matthew R. Rosenkoff
Florida Bar No. 15690
Taylor English Duma LLP
1600 Parkwood Circle
Suite 400
Atlanta, Ga., 30339
mrosenkoff@taylorenglish.com
Counsel for Defendant

\  **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 7, 2016, he electronically filed the foregoing with the clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of records as follow:

Matthew R. Rosenkoff

This 7th day of December, 2015.

*/s/ Harlan S. Miller, III*
Harlan S. Miller
Georgia Bar No. 506709